UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 15 AM 10: 58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Frank Patrick WEBB (D1)<br><br>    and<br><br>Jennifer Marie LONEGRAN (D2)<br><br>    Defendant. | Magistrate Case No. 07 MJ 2457<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **October 12, 2007**, within the Southern District of California, defendants **Frank Patrick WEBB (D1) and Jennifer Marie LONEGRAN (D2)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Liliana ECHERERRAY-Tavares**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **OCTOBER 2007**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer John Poplawski, declare under penalty of perjury the following to be true and correct:

The complainant states that Liliana ECHERERRY-Tavares is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 12, 2007 at approximately 2007 hours, Frank Patrick WEBB (D1) and Jennifer Marie LONERGAN (D2) made application for admission into the United States driving a 1990 Plymouth Voyager through lane #20 at the San Ysidro Port of Entry. D1 and D2 presented themselves for inspection before a Customs and Border Protection (CBP) officer. D1 gave no response when the CBP Officer asked what he was bringing from Mexico. D1 claimed to be a United States citizen and presented a California Identification Card. D2 presented a California Driver's license and claimed to be a United States citizen as well. Upon inspection of the vehicle, CBP Officer noticed the carpet was ripped in the middle and the rear portion observed to be newly installed. CBP Officer then escorted the vehicle and its occupants to secondary for further inspection.

In secondary, CBP Canine Officer and K-9 inspected the vehicle and the K-9 alerted at the left rear corner and crawled under the tank. D1 and D2 were taken inside the security office. Upon further inspection of the vehicle by CBP Officer a non-factory compartment was discovered under the front rear seat carpet. The adult female was removed from the compartment and escorted to a secondary office. Further investigation revealed the female to be a citizen and native of Colombia who has no entitlements to enter, pass through, or remain in the United States. She is now identified as material witness Liliana ECHERERRY-Tavares. All parties were referred to the Prosecutions Unit for further processing.

CBP Enforcement Officer admonished D2 of her Miranda rights as witnessed by a CBP Enforcement Officer. D2 acknowledged her rights and elected to submit to questioning without the benefit of counsel. During an interview D2 made the following declaration: D2 admitted knowledge that there were undocumented aliens in the van in which she was a passenger. D2 admitted she was going to AM/PM gas station off Palm Ave. with D1. D2 stated D1 was going to wait for further instruction once he got to the AM/PM gas station.

A videotaped interview was conducted with Material Witness. Material Witness stated she is a citizen of Colombia with no documents to lawfully enter or reside in the United States. Material Witness stated her friend made arrangements for her to be smuggled into the United States.

Material Witness stated her friend was going to pay unknown sum once in Houston, Texas. Material Witness stated she was going to seek employment in Houston, Texas.

EXECUTED ON THIS 13TH DAY OF October 2007 AT 6:45 AM.

_____
J. Poplawski / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of two pages, I find probable cause to believe that the defendant named therein committed the offense on **October 12, 2007** in violation of Title 8, United States Code, Section 1324.

_____        10/13/07, 1021hrs
MAGISTRATE JUDGE                      DATE / TIME