**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Jennifer Marie Lonegran

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2457-02 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| JENNIFER MARIE LONEGRAN, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov;

William R. Burgener
william_burgener@yahoo.com,obfel@aol.com; and

Tamara D. DeHaan
dehaanesq@cox.net

Respectfully submitted,

DATED:    November 6, 2007            /s/ Carey D. Gorden
                                      **CAREY D. GORDEN**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Jennifer Marie Lonegran