UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    v.                        )<br>                              )<br>FREDERICK PATRICK WEBB (1),   )<br>JENNIFER MARIE LONERGAN (2),  )<br>                              )<br>            Defendants.       )<br>_____) | Criminal Case No. 07cr 3114-JAH<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) - Bringing<br>in Illegal Aliens Without<br>Presentation; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

On or about October 12, 2007, within the Southern District of California, defendants FREDERICK PATRICK WEBB and JENNIFER MARIE LONERGAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Liliana Echerrerry-Tavares, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 11/15/07 .

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:San Diego
11/6/07