AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JENNIFER MARIE LONERGAN | CASE NUMBER: 07cr3114-JAH |

I, JENNIFER MARIE LONERGAN, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/15/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

X _____
Defense Counsel

Before _____
Judicial Officer